IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERNEST HENDERSON, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:25-cv-53-B |
| RENEE HARRIS TOLIVER ET AL., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief be granted, and Plaintiff Ernest Henderson is WARNED that continuing his established practice of filing lawsuits that are frivolous or over which a federal court lacks subject matter jurisdiction could result in sanctions that could restrict his ability to file lawsuits *pro se* and *in forma pauperis* or subject him to monetary sanctions or any other sanctions the Court deems appropriate.

SO ORDERED.

DATE: February 18, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Case 3:25-cv-00053-B-BN     Document 8     Filed 02/18/25     Page 2 of 2     PageID 36